IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMETIQUE, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § | CASE NO. 2:12-CV-0047-JRG |
| STONE DISTRIBUTORS, INC., | § § § | |
| *Defendant*. | § § § | |

## DEFAULT JUDGMENT

Before the Court is Plaintiff Lumetique, Inc.'s Motion for Default Judgment (Dkt. No. 7). Plaintiff seeks a default judgment of liability in this case and an award of actual damages in the amount of $1,053,000.00. Plaintiff also seeks an award of attorneys' fees in the amount of $5,590.70 as well as pre-judgment interest. Having considered the matter, the Court has determined that Plaintiff's motion should be and hereby is **GRANTED**.

It is **ORDERED, ADJUDGED AND DECREED** that Defendant Stone Distributors, Inc. has defaulted in this case and has consequently admitted the allegations in Plaintiff's current complaint. It is therefore **ORDERED, ADJUDGED AND DECREED** that Plaintiff Lumetique, Inc. have and recover **JUDGMENT** against Defendant Stone Distributors, Inc., as follows:

1. Actual damages in the amount of $1,053,000.00; and

2. Pre-judgment interest to be calculated and applied as set forth in Plaintiff's Notice of Pre-Judgment Interest (Dkt. No. 9);

3. Attorneys' fees and associated expenses in the amount of $5,590.70; and

1

4. Post-judgment interest at the prime rate as published in the Money Rate section of the Wall Street Journal on all sums awarded from the date of this **FINAL JUDGMENT** until paid and fully discharged; such post-judgment rate to float and vary with each and every change in said prime rate.

**So ORDERED and SIGNED this 4th day of September, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE